**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS COOK, | | No. 4:26-CV-01113 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| WARDEN OF FCI SCHUYLKILL, | | |
| Respondent. | | |

## <u>ORDER</u>

**AND NOW**, this 22nd day of July 2026, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Thomas Cook's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge